IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>v. )<br>  )<br>LASHAWNDA DIANE WOFFORD, )<br>         Defendants, )<br>  )<br>and )<br>  )<br>BENEFITS MANAGEMENT SERVICES, INC. )<br>         Garnishee. )<br>_____ ) | CASE NO. 3:00CR16-3-P<br>(Financial Litigation Unit) |

**ORDER OF CONTINUING GARNISHMENT**

The United States obtained a judgment against the defendant, LaShawnda Diane Wofford, on June 5, 2000, in the amount of $5,100.00. Subsequently, the United States sought to garnish Wofford's wages. On July, 5, 2006, the Court entered a Writ of Continuing Garnishment to Benefits Managment Services, Inc. ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Wofford's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The garnishee filed an Answer on July 11, 2006, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The United States and Wofford have agreed to an amount of $125.00 monthly, to be garnished from Wofford's wages in the amount of $57.69 bi-weekly.

IT IS HEREBY ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $3,305.00 computed through July 26, 2006. The garnishee will pay the United States $57.69 from Wofford's bi-weekly net earnings which remain after all deductions required by law have been withheld and continue said payments until the debt to the plaintiff is paid in full or

until the garnishee no longer has custody, possession or control of any property belonging to Wofford or until further Order of this court.

Payments should be made payable to the United States Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, the following should be included on each check: Defendant Name: LaShawnda Diane Wofford, 3:00CR16-3.

**SO ORDERED**.

Signed: July 26, 2006

Carl Horn, III
United States Magistrate Judge